Pro Se 7 (Rev. 12/16) Complaint for Employment Discrimination

**FILED**
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.

# UNITED STATES DISTRICT COURT ★

FEB 27 2017 ★

for the

LONG ISLAND OFFICE

Eastern District  District of New York

- Division

Case No.  **CV-17  1137**

*(to be filled in by the Clerk's Office)*

)
)
)
Colin Sealy )
_____ )
*Plaintiff(s)* )
*(Write the full name of each plaintiff who is filing this complaint.* )
*If the names of all the plaintiffs cannot fit in the space above,* )
*please write "see attached" in the space and attach an additional* )
*page with the full list of names.)* )
-v- )
)
)
State University of New York at Stony Brook )
see attached )
_____ )
*Defendant(s)* )
*(Write the full name of each defendant who is being sued.  If the* )
*names of all the defendants cannot fit in the space above, please* )
*write "see attached" in the space and attach an additional page* )
*with the full list of names.)* )

Jury Trial:  *(check one)*  ☒ Yes   ☐ No

**BIANCO, J.**

**SHIELDS, M.J.**

## COMPLAINT FOR EMPLOYMENT DISCRIMINATION

I.    **The Parties to This Complaint**

A.    **The Plaintiff(s)**

Provide the information below for each plaintiff named in the complaint.  Attach additional pages if needed.

| | |
|---|---|
| Name | Colin Sealy |
| Street Address | 381 Grand Blvd |
| City and County | Brentwood, Suffolk |
| State and Zip Code | 11717 |
| Telephone Number | (631) 428-6560 |
| E-mail Address | csealy000@gmail.com |

B.    **The Defendant(s)**

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation.  For an individual defendant, include the person's job or title *(if known)*.  Attach additional pages if needed.

Pro Se 7 (Rev. 12/16) Complaint for Employment Discrimination

Defendant No. 1

    Name                             State University of New York Stony Brook

    Job or Title *(if known)*

    Street Address                 100 Nicolls Rd

    City and County              Stony Brook

    State and Zip Code          NY 11794

    Telephone Number         (631) 632-6000

    E-mail Address *(if known)*

Defendant No. 2

    Name                             Mr. Michael J Sabia

    Job or Title *(if known)*      Assistant Director

    Street Address

    City and County

    State and Zip Code

    Telephone Number

    E-mail Address *(if known)*

Defendant No. 3

    Name                             Mr. Glen Castro

    Job or Title *(if known)*      Supervisor

    Street Address

    City and County

    State and Zip Code

    Telephone Number

    E-mail Address *(if known)*

Defendant No. 4

    Name                             See Attached

    Job or Title *(if known)*

    Street Address

    City and County

    State and Zip Code

    Telephone Number

    E-mail Address *(if known)*

Defendant No. 5

| | |
|---|---|
| Name | Mr. Ronald T Danler |
| Job or Title *(if known)* | _____ |
| Street address | _____ |
| City and County | _____ |
| State and Zip Code | _____ |
| Telephone Number | _____ |
| E-mail address *(if known)* | _____ |

Defendant No. 6

| | |
|---|---|
| Name | Mr. Richard Adkins |
| Job or Title *(if known)* | _____ |
| Street address | _____ |
| City and County | _____ |
| State and Zip Code | _____ |
| Telephone Number | _____ |
| E-mail address *(if known)* | _____ |

Defendant No. 7

| | |
|---|---|
| Name | John and Jane Doe |
| Job or Title *(if known)* | _____ |
| Street address | _____ |
| City and County | _____ |
| State and Zip Code | _____ |
| Telephone Number | _____ |
| E-mail address *(if known)* | _____ |

Pro Se 7 (Rev. 12/16) Complaint for Employment Discrimination

## C.    Place of Employment

The address at which I sought employment or was employed by the defendant(s) is

| | |
|---|---|
| Name | State University of New York at Stony Brook |
| Street Address | 100 Nicolls Rd |
| City and County | Stony Brook |
| State and Zip Code | New York 11794 |
| Telephone Number | (631) 632-6000 |

## II.    Basis for Jurisdiction

This action is brought for discrimination in employment pursuant to *(check all that apply)*:

☒    Title VII of the Civil Rights Act of 1964, as codified, 42 U.S.C. §§ 2000e to 2000e-17 (race, color, gender, religion, national origin).

*(Note:  In order to bring suit in federal district court under Title VII, you must first obtain a Notice of Right to Sue letter from the Equal Employment Opportunity Commission.)*

☐    Age Discrimination in Employment Act of 1967, as codified, 29 U.S.C. §§ 621 to 634.

*(Note:  In order to bring suit in federal district court under the Age Discrimination in Employment Act, you must first file a charge with the Equal Employment Opportunity Commission.)*

☐    Americans with Disabilities Act of 1990, as codified, 42 U.S.C. §§ 12112 to 12117.

*(Note:  In order to bring suit in federal district court under the Americans with Disabilities Act, you must first obtain a Notice of Right to Sue letter from the Equal Employment Opportunity Commission.)*

☒    Other federal law *(specify the federal law)*:

Including but not limited to: Occupational Safety and Health Act, the Asbestos Hazard Emergency Response Act, the Clean Air Act

☒    Relevant state law *(specify, if known)*:

Including but not limited to: N.Y. Lab. Law § 215, N.Y. Lab. Law § 740, N.Y. Lab. Law § 74, N.Y. CLS Civ. S.§ 75-b, N.Y. Lab. Law § 741, N.Y. CLS Educ. § 3028-d, N.Y. Lab. Law § 880(3), N.Y. Workers' Comp. Law § 120

☐    Relevant city or county law *(specify, if known)*:

A.      **For Parties Without an Attorney**

I agree to provide the Clerk's Office with any changes to my address where case–related papers may be served.  I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing:  *2/27/2017*

Signature of Plaintiff  _____

Printed Name of Plaintiff  *COLIN A SEALY*

B.      **For Attorneys**

Date of signing:  _____

Signature of Attorney  _____
Printed Name of Attorney  _____
Bar Number  _____
Name of Law Firm  _____
Street Address  _____
State and Zip Code  _____
Telephone Number  _____
E-mail Address  _____

EEOC Form 161 (11/16)

**U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION**

## DISMISSAL AND NOTICE OF RIGHTS

| To: Colin A. Sealy<br>381 Grand Blvd.<br>Brentwood, NY 11717 | From: New York District Office<br>33 Whitehall Street<br>5th Floor<br>New York, NY 10004 |
| --- | --- |

|  | On behalf of person(s) aggrieved whose identity is<br>CONFIDENTIAL (29 CFR §1601.7(a)) |  |
| --- | --- | --- |

| EEOC Charge No. | EEOC Representative | Telephone No. |
| --- | --- | --- |
| 16G-2016-02380 | Holly M. Woodyard,<br>State & Local Program Manager | (212) 336-3643 |

**THE EEOC IS CLOSING ITS FILE ON THIS CHARGE FOR THE FOLLOWING REASON:**

[ ] The facts alleged in the charge fail to state a claim under any of the statutes enforced by the EEOC.

[ ] Your allegations did not involve a disability as defined by the Americans With Disabilities Act.

[ ] The Respondent employs less than the required number of employees or is not otherwise covered by the statutes.

[ ] Your charge was not timely filed with EEOC; in other words, you waited too long after the date(s) of the alleged discrimination to file your charge

[ ] The EEOC issues the following determination: Based upon its investigation, the EEOC is unable to conclude that the information obtained establishes violations of the statutes. This does not certify that the respondent is in compliance with the statutes. No finding is made as to any other issues that might be construed as having been raised by this charge.

[X] The EEOC has adopted the findings of the state or local fair employment practices agency that investigated this charge.

[ ] Other (briefly state)

## - NOTICE OF SUIT RIGHTS -
*(See the additional information attached to this form.)*

**Title VII, the Americans with Disabilities Act, the Genetic Information Nondiscrimination Act, or the Age Discrimination in Employment Act:** This will be the only notice of dismissal and of your right to sue that we will send you. You may file a lawsuit against the respondent(s) under federal law based on this charge in federal or state court. Your lawsuit **must be filed WITHIN 90 DAYS** of your receipt of this notice; or your right to sue based on this charge will be lost. (The time limit for filing suit based on a claim under state law may be different.)

**Equal Pay Act (EPA):** EPA suits must be filed in federal or state court within 2 years (3 years for willful violations) of the alleged EPA underpayment. This means that **backpay due for any violations that occurred more than 2 years (3 years)** before you file suit may not be collectible.

On behalf of the Commission

| Enclosures(s) | Kevin J. Berry,<br>District Director | (Date Mailed) |
| --- | --- | --- |

cc:

Attn: Director of Human Resources
NEW YORK STATE, STATE UNIVERSITY OF
Office of Legal Counsel,
Administration Building, Room 328
Stony Brook, NY 11794



## WORKPLACE VIOLENCE INCIDENT REPORT

**Instructions:**

1. Please complete all information legibly to assist in evaluating the incident.
2. Please complete all information requested and submit the completed report to:
   - Human Resource Services for West Campus, HSC, SB Manhattan, or SB Southampton;
   - East Campus University Police for East Campus, or the Veteran's Home;
   - Your supervisor
3. Victims of Workplace Violence are also strongly encouraged to contact the University Police.
4. Supervisors are reminded that they should report incidents directly to Human Resource Services.

**CONTACT INFORMATION:**

Victim's Name: _Colin Sealy_    Job Title: _Plumber Steamfitter SG 12_

☑ Employee  ☐ Student  ☐ Other (explain)

Incident Date: _5/12/2016 + 9/22/2016_   Incident Time: _5/12 10:30–11:00  9/22 1:30–2:00_

Incident Reported to the Police  ☑ Yes  ☐ No

Incident Specific Location: _5/12 - outside Chapen ~~K building~~ 9/22 chapin C building_

Were you injured?  ☐ Yes  ☑ No

If yes, please specify your injuries and the location of any treatment:

**INDIVIDUALS INVOLVED IN THE INCIDENT (USE ADDITIONAL SHEET(S) IF NECESSARY)**

ASSAILANT: (circle one): Intruder, Customer, Patient, Resident, Client, Visitor, Student, (Co-Worker) Former, Employee, Supervisor, Family/Friend, Other, Unknown (specify):

Assailant Name: _Rudy Coskun_    Age (if known):

Address:    City:

State:    Zip:

**DESCRIBE THE INCIDENT IN DETAIL:**

WERE THERE ANY WITNESSES?  ☑ Yes  ☐ No

If yes, please provide their name(s):

1) _Ricky Valentin_

2) _Joe McCarthy_

Victim's or Supervisors Signature: _____  Date: _10/28/2016_

**FOR HR USE:**

Incident Disposition: (Circle all that apply): No action taken (Unfounded), Referred to Labor Relations, Referred to University Police, Arrest, Suspension, Notice of Discipline Issued, Verbal or Written Counseling Issued
Other:

Mr. Colin Sealy                                                                    28 October 2016
381 Grand Boulevard
Brentwood, New York 11717

Tracy H. Haas,

This letter is to confirm the statements I made to you on 19 October 2016.

On 12 May 2016 I reported to my supervisor (Mr. Glen Castro) that I had just been verbally threatened by Mr. Rudy Coskun, in the present of two coworkers. At the time I reported the incident to Mr. Castro, Mr. Castro informed me that Mr. Coskun "went ballistic" over a suggestion I made earlier that morning. The suggestion I made in the shop was that the previous day I responded to a call which turned out to be a leaky window and not a plumbing issue and that the repair should be added to the docket. I also informed Mr. Castro that Mr. Coskun's attitude toward me changed dramatically after I refused to provide reference paperwork required for Mr. Coskun to attain a pistol permit.

After the incident which occurred on 12 May 2016, I followed up with Mr. Castro on three separate occasions. The response I received from Mr. Castro was:

1. I want to see Mr. Mike Sabia and he wasn't in his office.
2. Mr. Castro had not gotten to speak with Mr. Sabia yet.
3. Mr. Sabia thinks that you are the problem. (This response indicated to me that there was discussion between Mr. Castro and Mr. Sabia regarding the incident. It also indicated and that Mr. Sabia had a bias against me even when there is overwhelming evidence to the contrary.)

That was the last response I received regarding the incident I reported on 12 May 2016.

On 22 September 2016 Mr. Coskun and I were given work assignments in the same location G1108/G2108. Mr. Castro and I inspected the area and identified the wall that needed to be removed and the area that needed to be exposed. Mr. Castro assigned the carpentry work to Mr. Coskun.

When I returned to location G1108/G2108, I notice Mr. Coskun seemed agitated. When Mr. Coskun was leavening the location and I was approaching, he stepped in front of me, blocking my path. I moved to the left side so I could continue walking to the job site. As I passed, I heard him say you don't F&*% with me. His other comments were not in English so I could not understand them. I went to Mr. Castro and told him about what happened in area G1108/G2108. I insisted that something needed to be done regarding the hostile work environment. Mr. Castro agreed and informed me that he was going to make a report to the personnel office. Shortly after this I heard that MR. Coskun was being moved to a different shop on campus (on or about 6 October 2016).

On 4 October 2016, after arriving home, I realized that one of my vehicle tires had lost air and on close inspection and repair it was obvious the damage was an intentional slice. After determining that the damage was likely intentional, I decided to report this to the campus police department and Labor Relations on 19 October 2016.

This letter documents the first hand experiences we discussed on 19 October 2016. It does not include second hand topics and incidents that we discussed. It's my understanding that the department is aware of and is currently investigating these other incidents, inconsistencies and events.

Sincerely,

Colin Sealy

Date 10/28/2016

(631) 428-6560

Step II Meeting   3/9/16
Glievance # 6-2-15
Date of Occurrence 1/15/2015

Attendance
Andrew A. Bayne Jr.   Hearing officer Albany

Maria L. Onathon
Employee Labor Relations Mgr.
Debra Klappl-Gonznlez   Pres CSEA Local 614 SB
Chris SOTTHY


**Stony Brook University**

**Campus Residences**

Stony Brook University

(631) 632-6750 - http://www.stonybrook.edu/housing

## [09/14/2016 08:32:04] Maintenance Log

| Report Number | Author | Report Type | Updated |
|---|---|---|---|
| ML-000004140 | Kimberly Chong | Maintenance Log | 9/13/16 09:18 |

Date / Time: 9/10/16 10:07 Quad: Tabler Building: Tabler - Hand Specific Location: Hand 310A Description: Tyger
Salters (109701093) was locked out of Hand 310A. Issue was resolved by RA Alec Visslailli (109633738). **Resolved?** Yes Description of Resolution: Tyger Salters (109701093) was locked out of Hand 310A. Issue was resolved by RA Alec Visslailli (109633738).

| ML-000004143 | Kimberly Chong | Maintenance Log | 9/13/16 09:17 |
|---|---|---|---|

Date / Time: 9/12/16 07:49 Quad: Tabler Building: Tabler - Hand Specific Location: Main Lobby Door Description:

Main lobby door was jammed. **Work Order # 403288 Incident Type:** Maintenance Resolved?Yes Description of Resolution: RHD Chong called night crew to fix the front door. Maintenance staff informed RA Tena (109984216) to call tomorrow since he did not have the proper supplies. RHD Chong entered a work order.

| ML-000004144 | James Carr | Maintenance Log | 9/13/16 09:16 |
|---|---|---|---|

Date / Time: 9/12/16 07:08 Quad: West Building: West B Specific Location: 205A Description: Exterminate ants. WO#403319 Work Order # 403319 Incident Type: Maintenance Resolved?Yes

| ML-000004145 | Robert Maxwell | Maintenance Log | 9/13/16 09:12 |
|---|---|---|---|

Date / Time: 9/12/16 10:36 Quad: Kelly Building: Kelly - Eisenhower Specific Location: 322 Description: Door won't close Work Order # 403374 Incident Type: Maintenance Resolved?Yes Description of Resolution: Kurt repaired the door.

| ML-000004146 | Tracy Trentham | Maintenance Log | 9/13/16 09:46 |
|---|---|---|---|

Date / Time: 9/12/16 11:22 Quad: Mendelsohn Building: Mendelsohn - ONeill Specific Location: O'Neill E0 Kitchen Description: RA reported that the part of the window that opens in the O'Neill kitchen (E0) had been ripped off. Only screen left on the window. **Work Order # 403338 Incident Type:** Maintenance Resolved?Yes Description of Resolution: RHD Tracy called Night Crew - aren't able to fix until morning.

| ML-000004147 | Robert Maxwell | Maintenance Log | 9/13/16 09:10 |
|---|---|---|---|

Date / Time: 9/12/16 11:30 Quad: Roth Building: Roth - Hendrix Specific Location: Level 1 elevator Description: Student is stuck in the elevator Work Order # 403341 Incident Type: Maintenance Resolved?Yes Description of Resolution: Called FM on duty Todd to call in the elevator contractor

| ML-000004148 | Alex Wong | Maintenance Log | 9/13/16 09:26 |
|---|---|---|---|

Quad: Mendelsohn Building: Mendelsohn - ONeill Specific Location: G007 Description: Puddle forming on floor from water leaking from ceiling pipes and behind toilet in Oneill G007 Work Order # 403379 Incident Type: Maintenance Resolved?Yes

| ML-000004151 | David Piercey | Maintenance Log | 9/13/16 09:52 |
|---|---|---|---|

Date / Time: 9/13/16 05:47 Quad: Chapin Building: Chapin - Chavez Specific Location: Chavez B400 Room A Description: The sprinkler in front of Room A in Chávez B400 is leaking. Incident Type: Maintenance Resolved?Yes Description of Resolution: RHD Piercey called Night Crew who is going to look into it Checked for a water leak on the sprinkler head, didn't see any water leaking at this time .

| ML-000004152 | Kevin Fleming | Maintenance Log | 9/14/16 08:29 |
|---|---|---|---|

Date / Time: 9/13/16 09:33 Quad: Chapin Building: Chapin E Specific Location: bathroom 1 and 2, E1070 Description: Both bathrooms have toilets that are making a "gurgling" sound and are overflowing at times as water surges out of the bowls. E maintenance called at 9:30pm. American Maintenance to be contacted first thing in the morning for sanitary follow-up Work Order # 403737 Incident Type: Maintenance Resolved?Yes Description of Resolution: Plumber needs to follow up

Case 2:17-cv-01137-LDH-LB   Document 1   Filed 02/27/17   Page 11 of 47 PageID #: 11

| Update Time:<br>10/3/16 11:28 PM | Report Type:<br>Maintenance Log | | |
|---|---|---|---|
| Author:<br>Alyssa Haining | Incident Type:<br>Maintenance | | |

--

You received this message because you are subscribed to the Google Groups "RHD Duty Apts" group.
To unsubscribe from this group and stop receiving emails from it, send an email to rhd_duty_apts+unsubscribe@ stonybrook.edu.
To post to this group, send email to rhd_duty_apts@stonybrook.edu.
To view this discussion on the web visit https://groups.google.com/a/stonybrook.edu/d/msgid/rhd_duty_apts/ 9fd28fd0f630fd30cec1e4681d8beb47%40127.0.0.1.

**2 attachments**



**Daily Digest Log.pdf**
51K

**searchresults.pdf**
515K

Case 2:17-cv-01113-LDH-LB    Document 1    Filed 02/27/17    Page 12 of 47 PageID #: 12

| Dennise Bock | Incident Type: Maintenance | | |
|---|---|---|---|
| **Call Time:** <br><br> **Update Time:** <br> 10/3/16 09:17 AM <br> **Author:** <br> Magdalene <br> Fogarasi | **Location:** <br> Schomburg A <br> A105 <br> **Report Type:** <br> Maintenance Log <br> **Incident Type:** <br> Maintenance | Resident of Schomburg A105 called to report that their kitchen sink was not draining properly and becomes full of dirty water. | **Resolved:** Yes <br><br> **Work Order #** <br> 412016 |
| **Call Time:** <br><br> **Update Time:** <br> 10/3/16 01:27 PM <br> **Author:** <br> Jerome Ellis | **Location:** <br> West H <br> Door 1 <br> **Report Type:** <br> Maintenance Log <br> **Incident Type:** | Field unit reported that this blue light phone does not have a dial tone, instead it is beeping a busy signal. | **Resolved:** Yes <br><br> Ticket 300-68516 created in I |
| **Call Time:** <br> 10/2/16 10:23 AM <br> **Update Time:** <br> 10/3/16 01:27 PM <br> **Author:** <br> Jerome Ellis | **Location:** <br> West I <br> Door 1 <br> **Report Type:** <br> Maintenance Log <br> **Incident Type:** | Field unit reported that this blue light phone does not have a dial tone, instead it is beeping a busy signal. | **Resolved:** Yes <br><br> Ticket 300-68516 created in I |
| **Call Time:** <br> 10/3/16 09:06 PM <br> **Update Time:** <br> 10/4/16 08:18 AM <br> **Author:** <br> Robert Maxwell | **Location:** <br> West H <br> 202 <br> **Report Type:** <br> Maintenance Log <br> **Incident Type:** <br> Maintenance | The toilet won't stop flushing . | **Resolved:** Yes <br><br> Kurt repaired the toilet . <br><br> **Work Order #** <br> 412099 |
| **Call Time:** <br> 10/3/16 09:07 PM <br> **Update Time:** <br> 10/4/16 08:16 AM <br> **Author:** <br> Robert Maxwell | **Location:** <br> West G <br> 103 <br> **Report Type:** <br> Maintenance Log <br> **Incident Type:** <br> Maintenance | No Power. | **Resolved:** Yes <br><br> Kurt reset the circuit breaker. <br><br> **Work Order #** <br> 412216 |
| **Call Time:** <br> 10/3/16 09:15 PM <br> **Update Time:** <br> 10/4/16 08:13 AM <br> **Author:** <br> Alyssa Haining | **Location:** <br> West H <br> 104 Bathroom G <br> **Report Type:** <br> Maintenance Log <br> **Incident Type:** <br> Maintenance | Bathroom G in West H 104: toilet flushing with water coming out of bowl onto toilet. | **Resolved:** Yes <br><br> **Work Order #** <br> 412215 |
| **Call Time:** <br> 10/3/16 07:15 PM | **Location:** <br> West G <br> 103B | RA Hannah called to report that West G 103B had lost power. ALA Alyssa called night crew | **Resolved:** Yes <br><br> Night crew was called |



**Stony Brook University**

**Campus Residences**

Stony Brook University

(631) 632-6750 - http://www.stonybrook.edu/housing

## [10/03/2016 08:32:08] Maintenance Log

| Report Number | Author | Report Type | Updated |
|---|---|---|---|
| ML-000004284 | Jerome Ellis | Maintenance Log | 10/2/16 10:21 |

Quad: West Building: West H Specific Location: Door 1 Description: Field unit reported that this blue light phone does not have a dial tone, instead it is beeping a busy signal. Incident Type: Maintenance Resolved?No

| ML-000004285 | Jerome Ellis | Maintenance Log | 10/2/16 10:28 |
|---|---|---|---|

Date / Time: 10/2/16 10:23 Quad: West Building: West I Specific Location: Door 1 Description: Field unit reported that this blue light phone does not have a dial tone, instead it is beeping a busy signal. Incident Type: Maintenance Resolved?No

| ML-000004286 | Matthew West | Maintenance Log | 10/2/16 04:33 |
|---|---|---|---|

Date / Time: 10/2/16 04:25 Quad: Tabler Building: Tabler - Sanger Specific Location: 214 Description: At 4:25PM on October 2, 2016, Resident Henry Chen (ID 111201329) notified RHD Matthew West of Sanger, that the Sanger 214 bathroom toilet was clogged. RHD West called Night/Weekend crew. The night/weekend crew agreed to send someone over to check out the toilet in Sanger 214. Resolved?Yes Description of Resolution: RHD West called Night/Weekend crew. The night/weekend crew agreed to send someone over to check out the toilet in Sanger 214.

| ML-000004287 | Dennise Bock | Maintenance Log | 10/2/16 06:39 |
|---|---|---|---|

Date / Time: 10/2/16 06:04 Quad: H Quad Building: H Quad - Langmuir Specific Location: D-3 Bathroom Description: RA on duty Veronica contacted RHD on Duty Dennise Bock regarding potential leak/flooding in D-3 Bathroom. Night/Week end crew was contacted regarding leak. Incident Type: Maintenance Resolved?No

| ML-000004288 | Megan Johnson | Maintenance Log | 10/2/16 08:27 |
|---|---|---|---|

Date / Time: 10/2/16 08:21 Quad: Kelly Building: Kelly - Dewey Specific Location: Inner Quad Description: RA Shannon called to notify RHD Meg Johnson that the lights in the inner quad are out. Work Order # 411886 Incident Type: Maintenance Resolved?No Description of Resolution: RHD Johnson entered a work order

| ML-000004289 | Megan Johnson | Maintenance Log | 10/2/16 09:23 |
|---|---|---|---|

Date / Time: 10/2/16 09:21 Quad: Kelly Building: Kelly - Eisenhower Specific Location: 318B Description: RA Sara
called RHD Meg Johnson to notify her that Eisenhower room 318B had no power or lights. RHD Johnson called it in to night crew Incident Type: Maintenance Resolved?Yes Description of Resolution: Night crew said they would go check it out

| ML-000004290 | Richard Protano | Maintenance Log | 10/2/16 10:49 |
|---|---|---|---|

Quad: Tabler Building: Tabler - Sanger Description: 124c radiator leaking needs cleaner and plumber/hvac Incident Type: Maintenance Resolved?No

| ML-000004291 | Richard Protano | Maintenance Log | 10/2/16 10:52 |
|---|---|---|---|

Quad: H Quad Building: H Quad - Langmuir Description: Leak in catwalk Incident Type: Maintenance Resolved? No Description of Resolution: Plumber

| ML-000004292 | Savonne Proctor | Maintenance Log | 10/2/16 11:22 |
|---|---|---|---|

Date / Time: 10/2/16 06:50 Quad: Tabler Building: Tabler - Sanger Specific Location: 124C Description: Water leak coming from ceiling onto wall and window to carpet. Incident Type: Maintenance Resolved?No Description of Resolution: Night/weekend crew reported to resolve issue.

| ML-000004293 | Savonne Proctor | Maintenance Log | 10/3/16 08:28 |
|---|---|---|---|

Date / Time: 10/2/16 11:24 Quad: Roth Building: Roth - Mount Specific Location: D14 Description: Wet patch of carpet in suite D14, could possibly be coming from main. room, running water heard and light on. Work Order # 412001 Incident Type: Maintenance Resolved?Yes Description of Resolution: Night/weekend crew reported to resolve issue/

ST🔵NY
BR🔵🔵K
STATE UNIVERSITY OF NEW YORK

**Automotive Repair Facility "Squawk" Sheet**
**Transportation & Parking Operations**

| General Information | | | |
|---|---|---|---|
| Name:   Last | | First | Date: |
| Office Phone: | Cell Phone: | Department: | |

| Vehicle Information | | |
|---|---|---|
| License Plate: | | Mileage: |
| Reason Removed From Service: | Preventive Maintenance | NYS Inspection |

If vehicle is in for Preventive Maintenance or Inspection, indicate below all areas that need attention; please give specific details and comments:

PLEASE MAKE SURE YOU HAVE 1/2 TANK OF FUEL BEFORE YOU DROP YOUR VEHICLE OFF. THANK YOU

If vehicle is in for other reason(s) than Preventive Maintenance or Inspection, please provide details of problem(s) or issue(s) below:

Steering:_____

Brakes:_____

Lights:_____ 938761 _____

Engine:_____

Doors / Windows: _____

Other / Comments:_____



**Stony Brook University**

Campus Residences

Stony Brook University

(631) 632-6750 – http://www.stonybrook.edu/housing

**[10/04/2016 08:32:38] Maintenance Log**

| Report Number | Author | Report Type | Updated |
|---|---|---|---|
| ML-000004124 | Magdalene Fogarasi | Maintenance Log | 10/3/16 01:41 |

Quad: H Quad Building: H Quad - Benedict Specific Location: DE Main Ent Description: Blue Light phone 20967 on Benedict DE main entrance does not call out. Resolved?Yes Description of Resolution: ticket 300-68524 created in ITSM

| ML-000004264 | Magdalene Fogarasi | Maintenance Log | 10/3/16 01:35 |
|---|---|---|---|

Date / Time: 9/28/16 03:22 Quad: Kelly Building: Kelly - Schick Specific Location: Inner Description: Blue light phone 20927 on shick inner does not call out Resolved?Yes Description of Resolution: ticket 300-68520 created in ITSM

| ML-000004274 | Savonne Proctor | Maintenance Log | 10/3/16 09:39 |
|---|---|---|---|

Date / Time: 9/30/16 07:41 Quad: Tabler Building: Tabler - Sanger Specific Location: Kitchen Description: RA Simiha called at approximately 7:31pm to report that the fire extinguisher in the Sanger Kitchen on the A side, needs to be recharged. Work Order # 412036 Incident Type: Maintenance Resolved?Yes Description of Resolution: RA will write in duty log so that RHD can resolve and communicate with Risk Management.

| ML-000004275 | Robert Maxwell | Maintenance Log | 10/3/16 09:35 |
|---|---|---|---|

Date / Time: 9/30/16 09:30 Quad: Mendelsohn Building: Mendelsohn - Ammann Specific Location: C140 Description: Over head light is out Work Order # 412030 Incident Type: Custodial Resolved?Yes Description of Resolution: We don't have the light bulb in stock, follow up needed .

| ML-000004276 | Robert Maxwell | Maintenance Log | 10/3/16 09:33 |
|---|---|---|---|

Date / Time: 9/30/16 09:35 Quad: H Quad Building: H Quad - Langmuir Specific Location: A 2 Stairwell Description: Their is vomit on the stairs . Work Order # 412028 Incident Type: Custodial Resolved?Yes Description of Resolution: Custodial cleaned up the vomit.

| ML-000004277 | Robert Maxwell | Maintenance Log | 10/3/16 09:27 |
|---|---|---|---|

Date / Time: 9/30/16 09:37 Quad: ERQ Building: ERQ - Greeley Specific Location: Ground floor Description: Their is water on the floor next to the water fountain, the drain is clogged. Work Order # 412024 Incident Type: Custodial Resolved?Yes Description of Resolution: Custodial cleaned up the water, plumber needs to follow up.

| ML-000004278 | Dennise Bock | Maintenance Log | 10/3/16 09:36 |
|---|---|---|---|

Date / Time: 9/30/16 08:42 Quad: H Quad Building: H Quad - Langmuir Specific Location: A-2 Staircase Description: At Approxmiately 8:42PM, Langmuir RA Veronica contacted RHD on Duty Dennise Bock regarding vomit in the A-2 staircase. RHD on Duty Bock contacted night crew to request clean up. Work Order # 412028 Incident Type: Custodial Resolved?Yes Description of Resolution: Vomit was cleaned.

| ML-000004279 | Dennise Bock | Maintenance Log | 10/3/16 09:40 |
|---|---|---|---|

Date / Time: 9/1/16 07:20 Quad: Mendelsohn Building: Mendelsohn - Ammann Specific Location: RHD Apartment Description: RHD on Duty Dennise Bock contacted maintenance to replace light bulb in the main bedroom. Work Order # 412030 Incident Type: Maintenance Resolved?Yes

| ML-000004280 | James Carr | Maintenance Log | 10/3/16 09:25 |
|---|---|---|---|

Date / Time: 10/1/16 11:00 Quad: West Building: West G Specific Location: G208 C,D,F Description: RA reports the power is out Work Order # 412021 Incident Type: Maintenance Resolved?Yes Description of Resolution: Weekend crew said they will look into the matter.

| ML-000004281 | Dennise Bock | Maintenance Log | 10/3/16 09:22 |
|---|---|---|---|

Date / Time: 10/1/16 02:54 Quad: Chapin Building: Chapin - Chavez Specific Location: B 209 Common Area Description: RA James from Toll Phase I called to report a leak  in common area in B209. Resident unaware if leak is coming from AC or Rain. General Work order was requested for follow up. Work Order # 411780 Incident Type: Maintenance Resolved?Yes


**Stony Brook University**

## [10/04/2016 08:32:38] Maintenance Log

| Report Number | Author | Report Type | Updated |
|---|---|---|---|
| ML-000004282 | Magdalene Fogarasi | Maintenance Log | 10/3/16 09:17 |

Quad: Schomburg **Building:** Schomburg A **Specific Location:** A105 **Description:** Resident of Schomburg A105 called to report that their kitchen sink was not draining properly and becomes full of dirty water. **Work Order #** 412016 **Incident Type:** Maintenance **Resolved?** Yes

| ML-000004283 | Savonne Proctor | Maintenance Log | 10/3/16 09:31 |
|---|---|---|---|

**Date / Time:** 10/1/16 11:14 **Quad:** Tabler **Building:** Tabler - Dreiser **Specific Location:** 212A **Description:** Resident key (code DR10) broke in half when he attempted to unlock his room door. This occurred at approximately 7:56 p.m. **Work Order #** 412027 **Incident Type:** Maintenance **Resolved?** Yes **Description of Resolution:** Resident did not want a temp. key. Stated he would report to the Tabler Quad office to resolve the issue Monday morning.

| ML-000004284 | Jerome Ellis | Maintenance Log | 10/3/16 01:27 |
|---|---|---|---|

Quad: West **Building:** West H **Specific Location:** Door 1 **Description:** Field unit reported that this blue light phone does not have a dial tone, instead it is beeping a busy signal. **Resolved?** Yes **Description of Resolution:** Ticket 300-68516 created in ITSM

| ML-000004285 | Jerome Ellis | Maintenance Log | 10/3/16 01:27 |
|---|---|---|---|

**Date / Time:** 10/2/16 10:23 **Quad:** West **Building:** West I **Specific Location:** Door 1 **Description:** Field unit reported that this blue light phone does not have a dial tone, instead it is beeping a busy signal. **Resolved?** Yes **Description of Resolution:** Ticket 300-68516 created in ITSm

| ML-000004286 | Matthew West | Maintenance Log | 10/3/16 09:08 |
|---|---|---|---|

**Date / Time:** 10/2/16 04:25 **Quad:** Tabler **Building:** Tabler - Sanger **Specific Location:** 214 **Description:** At 4:25PM on October 2, 2016, Resident Henry Chen (ID 111201329) notified RHD Matthew West of Sanger, that the Sanger 214 bathroom toilet was clogged. RHD West called Night/Weekend crew. The night/weekend crew agreed to send someone over to check out the toilet in Sanger 214. **Work Order #** 412012 **Resolved?** Yes **Description of Resolution:** RHD West called Night/Weekend crew. The night/weekend crew agreed to send someone over to check out the toilet in Sanger 214.

| ML-000004287 | Dennise Bock | Maintenance Log | 10/3/16 08:55 |
|---|---|---|---|

**Date / Time:** 10/2/16 06:04 **Quad:** H Quad **Building:** H Quad - Langmuir **Specific Location:** D-3 Bathroom **Description:** RA on duty Veronica contacted RHD on Duty Dennise Bock regarding potential leak/flooding in D-3 Bathroom. Night/Week end crew was contacted regarding leak. **Work Order #** 412009 **Incident Type:** Maintenance **Resolved?** Yes

| ML-000004288 | Megan Johnson | Maintenance Log | 10/3/16 09:10 |
|---|---|---|---|

**Date / Time:** 10/2/16 08:21 **Quad:** Kelly **Building:** Kelly - Dewey **Specific Location:** Inner Quad **Description:** RA Shannon called to notify RHD Meg Johnson that the lights in the inner quad are out. **Work Order #** 411886 **Incident Type:** Maintenance **Resolved?** Yes **Description of Resolution:** RHD Johnson entered a work order

| ML-000004289 | Megan Johnson | Maintenance Log | 10/3/16 09:10 |
|---|---|---|---|

**Date / Time:** 10/2/16 09:21 **Quad:** Kelly **Building:** Kelly - Eisenhower **Specific Location:** 318B **Description:** RA Sara called RHD Meg Johnson to notify her that Eisenhower room 318B had no power or lights. RHD Johnson called it in to night crew **Work Order #** 412005 **Incident Type:** Maintenance **Resolved?** Yes **Description of Resolution:** Night crew said they would go check it out

| ML-000004290 | Richard Protano | Maintenance Log | 10/3/16 08:34 |
|---|---|---|---|

Quad: Tabler **Building:** Tabler - Sanger **Description:** 124c radiator leaking needs cleaner and plumber/Vachel **Work Order #** 412002 **Incident Type:** Maintenance **Resolved?** Yes



**Stony Brook University**

**Campus Residences**

Stony Brook University

(631) 632-6750 - http://www.stonybrook.edu/housing

## [10/04/2016 08:32:38] Maintenance Log

| Report Number | Author | Report Type | Updated |
|---|---|---|---|
| ML-000004291 | Richard Protano | Maintenance Log | 10/3/16 08:53 |

Quad: H Quad Building: H Quad - Langmuir Description: Leak in catwalk Work Order # 412003 Incident Type: Maintenance Resolved?Yes Description of Resolution: Plumber

| ML-000004292 | Savonne Proctor | Maintenance Log | 10/3/16 08:33 |
|---|---|---|---|

Date / Time: 10/2/16 06:50 Quad: Tabler Building: Tabler - Sanger Specific Location: 124C Description: Water leak coming from ceiling onto wall and window to carpet. Work Order # 412002 Incident Type: Maintenance Resolved?Yes Description of Resolution: Night/weekend crew reported to resolve issue.

| ML-000004294 | Kaitlyn Griffin | Maintenance Log | 10/4/16 08:20 |
|---|---|---|---|

Date / Time: 10/3/16 08:18 Quad: ERQ Building: ERQ - Wagner Specific Location: 131,231,331 Description: RA on Duty called RHD on Duty to report that there was no hot water in female restrooms 131, 231, and 331. RHD called Night Crew. Work Order # 412217 Incident Type: Maintenance Resolved?Yes Description of Resolution: Called FM on duty Ron D. to call in a plumber to make necessary repairs.

| ML-000004295 | Robert Maxwell | Maintenance Log | 10/4/16 08:18 |
|---|---|---|---|

Date / Time: 10/3/16 09:06 Quad: West Building: West H Specific Location: 202 Description: The toilet won't stop flushing . Work Order # 412099 Incident Type: Maintenance Resolved?Yes Description of Resolution: Kurt repaired the toilet .

| ML-000004296 | Robert Maxwell | Maintenance Log | 10/4/16 08:16 |
|---|---|---|---|

Date / Time: 10/3/16 09:07 Quad: West Building: West G Specific Location: 103 Description: No Power. Work Order # 412216 Incident Type: Maintenance Resolved?Yes Description of Resolution: Kurt reset the circuit breaker.

| ML-000004297 | Alyssa Haining | Maintenance Log | 10/4/16 08:13 |
|---|---|---|---|

Date / Time: 10/3/16 09:15 Quad: West Building: West H Specific Location: 104 Bathroom G Description: Bathroom G in West H 104: toilet flushing with water coming out of bowl onto toilet. Work Order # 412215 Incident Type: Maintenance Resolved?Yes

| ML-000004298 | Kaitlyn Griffin | Maintenance Log | 10/4/16 08:13 |
|---|---|---|---|

Date / Time: 10/3/16 10:44 Quad: ERQ Building: ERQ - Stimson Specific Location: 211, 213, 215 Description: RA
on Duty called RHD on Duty to report no power in 211, 213, and 215 of Stimson. RHD called night crew. Work Order #
412213 Incident Type: Maintenance Resolved?Yes Description of Resolution: turk reset the circuit breaker.

| ML-000004299 | Alyssa Haining | Maintenance Log | 10/3/16 11:28 |
|---|---|---|---|

Date / Time: 10/3/16 07:15 Quad: West Building: West G Specific Location: 103B Description: RA Hannah called to report that West G 103B had lost power. ALA Alyssa called night crew Incident Type: Maintenance Resolved?Yes Description of Resolution: Night crew was called

| ML-000004300 | Kaitlyn Griffin | Maintenance Log | 10/4/16 08:11 |
|---|---|---|---|

Date / Time: 10/4/16 01:06 Quad: ERQ Building: ERQ - Yang Specific Location: 413 Description: RA on Duty called RHD on Duty to report that Yang room 413 had a overflowing toilet that was flooding the bathroom. RHD called night crew. Work Order # 412212 Incident Type: Maintenance Resolved?Yes Description of Resolution: RHD called night crew; no update as of yet.



Stony Brook
University

Matthew Michel <matthew.michel@stonybrook.edu>

# [RHD Duty Log: Chapin/Schomburg/West] RHD Duty Log - Chapin, Schomburg, West

1 message

SBU CIP Report <demo@cipreporting.com>
Reply-To: SBU CIP Report <demo@cipreporting.com>
To: rhd_duty_apts@stonybrook.edu

Tue, Oct 4, 2016

*Ron Oct 4 2016*
*10:15 at 1:07 AM*

**Campus Res**

Stony Brook
(631) 632-6750 - http://www.stonybrook
https://stonybrook.useast1.cipre

## [10/04/2016 08:32:20] RHD Duty Log Chapin Schomburg West

| Times/Author | Report Info | Description | Resolution |
|---|---|---|---|
| | | RHD Log | |
| **Call Time:** 10/3/16 12:22 PM<br><br>**Update Time:** 10/3/16 01:07 PM<br><br>**Author:** Steven Adelson | **Location:** Chapin K 1161 - Hallway<br><br>**Report Type:** RHD Log<br><br>**Incident Type:** Fire Alarm Activation | Fire alarm activation in Chapin K-1161 due to steam from the shower by resident Nirmit Desai (ID: 110351469), according to Fire Marshal (shield #55). | **Resolved:** Yes<br><br>At approximately 12:30 PM, F Marshal (shield #55) gave the all-clear for residents to return their apartments. |
| **Call Time:** 10/3/16 09:15 PM<br><br>**Update Time:** 10/3/16 09:33 PM<br><br>**Author:** Alyssa Haining | **Location:** West H 104 Bathroom G<br><br>**Report Type:** RHD Log<br><br>**Incident Type:** Maintenance | RA Alexa from West 2 called to report that West H 104 Bathroom G had a toilet constantly flushing and water was coming out of the bowl onto the bathroom floor. ALA Alyssa called night crew to report the issue. | **Resolved:** Yes<br><br>Night crew went to look at the problem |
| | | Maintenance Log | |
| **Call Time:** 10/1/16 11:00 AM<br><br>**Update Time:** 10/3/16 09:25 AM<br><br>**Author:** James Carr | **Location:** West G G208 C,D,F<br><br>**Report Type:** Maintenance Log<br><br>**Incident Type:** Maintenance | RA reports the power is out | **Resolved:** Yes<br><br>Weekend crew said they will the matter.<br><br>**Work Order #** 412021 |
| **Call Time:** 10/1/16 02:54 PM<br><br>**Update Time:** 10/3/16 09:22 AM<br><br>**Author:** | **Location:** Chapin - Chavez B 209 Common Area<br><br>**Report Type:** Maintenance Log | RA James from Toll Phase I called to report a leak in common area in B209. Resident unaware if leak is coming from AC or Rain. General Work order was requested for follow up. | **Resolved:** Yes<br><br>**Work Order #** 411780 |

 **Stony Brook University**



**Work Order: 410874**

| | | | |
|---|---|---|---|
| **Description:** | General Maintenance: Paint,patch,walls, flooring,ceiling, doors, hardware etc | **Scheduled Start Date:** | 09/27/2016 |
| **Status:** | In Progress | **WO Type:** | Unplanned |
| **Department:** | CR | **Class:** | REPAIR |
| **Trade:** | GM | **Assigned To:** | CSEALY |
| **SR Requestor Name:** | Alysse Kavanagh | **Assigned By:** | |
| **SR Requestor Phone:** | (631) 632-6755 | **Date Completed:** | |

**Equipment:**       CHAPIN F 1094   -   CHAPIN F RM 1094

## Equipment Details

Equip. Function: Chapin-F-1094

| Activity # | Trade | # of Persons | Total Estimated Hours | Task | Task Desc |
|---|---|---|---|---|---|
| 10 | GM | 1 | 1 | | |

| User | Date | Comment |
|---|---|---|
| Web Connector User | Sep 27, 2016 3:27:13 PM | If possible, can the shower head in bathroom 2 be replaced. It is an old head (looks like the kind you would see at a beach/outdoor shower). It is supposed to be a handicap accessible bathroom, therefore can we place the hose type of shower head. |

HANDICAP SHOWER SPRAY HEAD



NEW - Print Short WO Cards



| Work Order | 300255 (SBU)    Plumbing:Clog,leak,toilet/shower,flushometer,drain,water fountain,sink,sprinkler | Scheduled Start Date | 04/10/2015 |
|---|---|---|---|
| Status | Released | WO Type | RWU |

| Department | CR    Campus Residences | | Class | REPAIR |
|---|---|---|---|---|
| Problem Code | P01    Water Leak | | Priority | 4 |
| Project | | | Assigned To | |
| Standard WO | CR-PLUMB    Plumbing Leak | | Assigned By | |
| | | | Estimated Hours | 1 |
| | | | Date Completed | |

| Equipment | CHAPIN F 1094 BATHROOM 2 (SBU) | CHAPIN F RM 1094 BATHROOM 2 |
|---|---|---|
| | CHAPIN F (SBU) | CHAPIN F |
| | CHAPIN (SBU) | CHAPIN |
| Location | CHAPIN APTS (SBU) | CHAPIN APARTMENTS |

Equipment User Defined Fields

**RMS Rm #**                    AF1-1094

Work Order Comments

**WEBGUY [04/10/2015 22:23]:**
The shower head holder is broken, so the shower head will not stay on the wall.  It just dangles at the end of its hose.

Work Order User Defined Fields

**SR Requestor Name**          Joshua Comden
**SR Requestor E-mail**        Joshua.Comden@stonybrook.edu
**SR Requestor Phone**         (215) 390-8737
**SR Building**                CHAPIN F
**SR Floor/Room**              1094 BATHROOM 2

Activities

| Activity | Trade | Est. Hours | People Req. | Task | Description |
|---|---|---|---|---|---|
| 10 | PLUMB | 1 | 1 | | |





STATE OF NEW YORK

**ANDREW M. CUOMO**
GOVERNOR

**DEPARTMENT OF CIVIL SERVICE**
ALFRED E. SMITH STATE OFFICE BUILDING
ALBANY, NEW YORK 12239
*www.cs.state.ny.us*

# Accident Reporting System Acknowledgment
*Please keep this acknowledgment for your records*

| | |
|---|---|
| 28050<br>**COLIN A SEALY**<br>**381 GRAND BLVD.**<br>**BRENTWOOD, NY 11717** | **Your Accident Reporting System (ARS)**<br>*Incident Number* is: 00395671<br>**Date of Report: 04/21/2011**<br>**Your Negotiating Unit: 03**<br>**Operational Services** |

Dear COLIN A SEALY:                                04/22/2011

This form acknowledges receipt of the report of your 02/17/2011 work-related accident or illness to the NYS Accident Reporting System (ARS).

If you have questions about your Workers' Compensation benefits, please call your agency personnel office. Please, do not call the ARS Call Center with questions about Workers' Compensation.

This acknowledgment is prepared and mailed to you by the New York State Department of Civil Service, Employee Benefits Division, Alfred E. Smith State Office Building, Albany, New York 12239; www.cs.state.ny.us.

It is the policy of the New York State Department of Civil Service to provide reasonable accommodation to ensure effective communication of information in benefits publications to individuals with disabilities. If you need an auxiliary aid or a service to make benefits information available to you, contact your personnel office.

AN EQUAL OPPORTUNITY/AFFIRMATIVE ACTION EMPLOYER



**STONY BROOK**
STATE UNIVERSITY OF NEW YORK

**Work-Related
Employee Injury/Illness Incident Report
For State Employees**

**EH&S USE ONLY**

☐ Recordable     ☐ Non-Recordable

Case # _____

☐ Main Campus
☐ Stony Brook Southampton

**Attention:** This form contains information relating to employee health and <u>MUST</u> be used in a manner that protects the confidentiality of employees.

**SECTION 1. EMPLOYEE INFORMATION: TO BE COMPLETED BY EMPLOYEE AND/OR SUPERVISOR**

Last name: *Sealy*     First name: *Colin*     Home phone: *(631) 428-6560*

Home address: *381 Grand Blvd*     City: *Brentwood*     State: *N.Y.*     Zip: *11717*

Date of birth: *09-07-68*     Gender: ☑ Male  ☐ Female     Employee's SSN: *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*     ARS incident #: *00395671*

Job title: *Plumb/ STM FT*     Employee's ID #: *100141696*     Date of hire: *11-2-1988*

Employee's department: *Resmaint*     Work phone: *631-632-9585*

Worker's compensation case/file #: _____     Employee's work shift: *Days*     ☑ AM ☐ PM

**SECTION 2. INJURY/ILLNESS INFORMATION: TO BE COMPLETED BY EMPLOYEE AND/OR SUPERVISOR**

Date of injury or illness: *2/17/2011*     Time of injury or illness: *8:45*  ☑ AM ☐ PM

Location of injury or illness (bldg/area): *Outside Room #104 /-206 / 306 Dewey*

Specific location of injury or illness (room, stairwell, etc.): *Hallway*

Did the employee seek medical attention?  ☐ Yes  ☑ No     Did the employee remain on duty?  ☑ Yes  ☐ No

Date employee stopped work because of this injury or illness: _____     Date employee returned to duty: _____

**What was the employee doing JUST BEFORE the accident?** Describe the activity, as well as the tools, equipment, or materials the employee was using. Be specific. (Examples "I was standing on a ladder and reaching to repair a leaking valve on a water pipe")

*Having been assigned to a plumbing job at the sightsite the wall was already open and I was reaching up to make a repair when I noticed a powdery substance dropping from above.*

**What happened?** Tell us how the injury occurred. (Example; "The ladder slipped on wet floor and I fell to the floor 20 feet below landing on my right side").

*I saw that there was also an opening in the wall upstairs and noticed asbestos on the floor and identified it as the same subtance that was coming down when I was doing the plumbing work downstairs. Over many years of experience I have recived training on the*

**What was the injury or illness?** Tell us the part of the body that was affected and the nature of the injury/illness (how it was affected); be more specific than "hurt", "pain", or "sore" (Example: "Contusion to right shoulder, elbow and knee).

*identification and sources of asbestos.*

*I was exposed to asbestos*

**Illness Cases Only**  ☐   Check this box if the employee independently and voluntarily requests that his or her name NOT be entered on the injury/illness log. If this box is checked, treat as a privacy concern case

Name (Print): *COLIN SEALY*     Signature: _____     Date: *6/8/2011*

Employee's name: _____ Date of Injury or Illness: _____    (A3)

## SECTION 3. MEDICAL INFORMATION: TO BE COMPLETED BY EMPLOYEE, SUPERVISOR AND/OR MEDICAL PROVIDER

**Type/nature of injury:**

☐ Amputation              ☐ Burn (chemical)          ☐ Burn (heat)              ☐ Chest pain          ☐ Contaminated sharp

☐ Contusion/bruise        ☐ Cut/laceration – sutures  ☐ Cut/laceration – no sutures  ☐ Dislocation        ☑ Exposure (Biological)

☑ Exposure (Chemical)     ☐ Fracture                 ☐ Hernia/rupture      ☐ Loss of consciousness   ☐ Poisoning

☐ Puncture                ☐ Sprain/strain            ☐ Other _____

**Type of medical treatment given:**

☐ First aid only (i.e., non-prescription strength medications, band-aids, eye patches, immobilization devises, etc.).

☐ X-ray    Was a prescription (Rx) prescribed or dispensed?  ☐ Yes ☐ No   If yes, what medication _____

Date of visit: _____  Time of visit: _____ ☐ AM ☐ PM   Body part affected: _____

Medical treatment provided (Print legibly):

I was not provided medical treatment because the building manager did not follow
protocol by having the substance tested. He decided on his own not to have it
tested. I specifically asked him to have it tested although he said I did no
make such a request. My supervisor was present and witnessed my reques
and has reaffirmed my actions when the building manager denied it.

Location where treatment was rendered: ☐ Stony Brook ED  ☐ Employee Health  ☐ Clinic ☐ Other _____

Was the employee hospitalized?  ☐ Yes ☐ No   If the employee expired, provide date: _____ time: _____ ☐ AM ☐ PM

Medical facility name: _____ Phone: _____

Medical facility address: _____ State: _____ Zip: _____

Are you (the employee) able to return to work   ☐ yes ☐ No        If no, for how many days: _____

Name (Print): _____ Signature: _____ Date: _____

## SECTION 4. WITNESS STATEMENT/SUPERVISOR INJURY OR ILLNESS INVESTIGATION STATEMENT

Statement of witness:

On the date in question Colin Sealy Asked for the
proper procedure to be follow and was denyed, I was
witness notstanding Right there at the time.

Ray Pinha   6/15/11

Name (Print): Richard J. CApAvollo    Signature: _____ Date: 6/9/11

Supervisor's injury or illness investigation statement: (Provide confirmation of the incident to the extent possible, cause(s) and corrective actions to be taken).   Did the supervisor see the injury happen? ☐ Yes ☐ No

On 2/17/11 Colin Sealy informed me that while
checking a bag in Dewey Dg Rm 104 she was exposed
to a powdery substance believed to be asbestos.
He got in touch with the Building manager &
asked to have the abatement tested to see if
he was exposed to asbestos. He told me he just
wanted it documented if he was exposed or not
for future health problems that may accure.

Name (Print): Kevin LaBarr    Signature: _____ Date: 6/9/11

SUSB3019 (08/10)                    Page 2 of 3                    www.stonybrook.edu/hr

(A4)

**NOTE:** *This report contains information relating to employee health and must be used in a manner that protects the confidentiality of employees to the extent possible while the information is being used for occupational safety and health purposes.*

*Any employee who files a false report will be subject to the appropriate administrative action including disciplinary action pursuant to the applicable collective bargaining unit.*

**EMPLOYEE INSTRUCTIONS:**

1.  Report your injury or illness to your direct supervisor or their designee immediately.

2.  Get medical attention if needed.  Report to the University Hospital Emergency Department (ED) during off hours or in a life-threatening emergency, and inform them that your injury is work-related.

3.  The employee, employee's supervisor, University Hospital Emergency Department (ED) and/or your private medical provider are responsible for completing their section(s) of this report.  If you have not received medical attention at this time, this must be noted on the report. NOTE: If medical attention is sought at a later date, documentation must be provided from your private medical provider to Human Resource Services, Time and Attendance z=0751. Human Resource Services, Time and Attendance will notify Environmental Health and Safety (EH&S), z=6200 for OSHA/PESH recordkeeping purposes.

4.  The employee must call the NYS Accident Reporting System (ARS) at 888-800-0029 to report the incident and receive an ARS incident number.  The ARS incident number must be added to the report.

5.  All occupational injuries or illnesses that occur to employees while on duty must be promptly reported by the employee to fulfill legal reporting requirements under the NYS Workers' Compensation Laws, the Occupational Safety and Health Administration (OSHA), and the Public Employee Safety and Health Bureau (PESH).

6.  **Complete this report within 24 hours after a work-related injury or illness.**  Return the completed report to your supervisor or designee for proper distribution.

7.  Supervisors are required to perform an investigation of the injury or illness to determine the root cause(s) and their corrective action(s) to be taken to prevent the incident from being repeated.  This information must be provided in the Supervisors Statement section of the report.

8.  The Employee Injury/Illness Incident Report must be completed in its entirety and signed legibly.

9.  If the employee was exposed to a hazardous material or a bloodborne pathogen (BBP) the employee must be evaluated by the Department of Occupational and Environmental Medicine or the University Hospital Emergency Department (ED); however, the employee is not required to accept treatment.  If the injury involves a BBP they must be evaluated within 2 hours of the injury.

10. Notify your direct supervisor or their designee and Human Resources Services, Time and Attendance if your private medical provider extends the off-duty time beyond the time authorized by the Department of Occupational and Environmental Medicine or the University Hospital Emergency Department (ED).

11. If subsequent medical attention is received, documentation must be provided from your private medical provider to Human Resources Services, Time and Attendance.  The note from your private medical provider should contain a diagnosis code, prognosis, and estimated date of return.

**Important:** Promptly completing all of the above steps for reporting your work related injury/illness will ensure payment of all your compensable medical bills and lost work time.  In order for the New York State Insurance Fund to evaluate your case for payment of your Workers' Compensation wage replacement benefits and medical bills they need to have a copy of your injury/illness report from your employer, ARS notification, and a medical report from a physician indicating your disability is due to your job-related injury.

**Distribution:**
Human Resource Services, Time and Attendance, 390 Administration Bldg. z=0751
Environmental Health & Safety, 110 Suffolk Hall z=6200

**From:** Nappi-Gonzalez, Debra <Debra.Nappi-Gonzalez@stonybrookmedicine.edu>
**To:** Debbi Nappi-Gonzalez <pnappi6594@aol.com>
**Subject:** Fw: Retaliation Claim
**Date:** Wed, Jul 22, 2015 9:10 am

---

**From:** Colin sealy <csealy000@gmail.com>
**Sent:** Wednesday, January 14, 2015 1:07 AM
**To:** Bauman, Dallas W.; Johnson, Lynn M.; Debra.Nappi@stonybrook.edu; Baigent, Peter
**Subject:** Retaliation Claim

To:     Debbi Nappi-Gonzalez, CSEA Union President
        Lynne Johnson, Vice President for Human Resources
        Dallas Bauman, Asst. VP for Campus Residences
        Peter Baigent, Vice President for Student Affairs

From:  Colin A. Sealy, Plumber/Steamfitter (SG-12)

Date:  January 14, 2015

Re:     Retaliation Claim

---

On the morning of January 8, 2015 Michael Sabia, Facility Manager, held a shop meeting at which it was announced that I was being moved to Chapin because Adam Orrach "wasn't cutting it" there. Prior to the meeting I had heard rumors of this move but my supervisor, Mike Lanieri was not told in advance and learned of it at the meeting.

I believe this move to be an act of retaliation based on my personal observation and reporting of a number of irregular and questionable activities in my department which were reported to Human Resources/Labor Relations (Sally Lanigan), my management at the time, and my union representative as recently as two years ago.

As single or isolated events, these do not appear to be too significant or worth too much bother. But cumulatively, they raise many questions and cause for concern. The concerns are for the safety of employees and students and proper and legal treatment of employees. Some of the issues previously reported remain open items as no one has ever provided closure.

Since that last complaint approximately two years ago, there has been staff turnover which warrants me to recap for the purpose of providing the backdrop that lends meaning to this retaliatory act.

A review of the irregular activities (listed below) and an understanding of the relationships of the



individuals involved are necessary to understand why the questions and concerns remain even today.

• As far back as 2008 or 2009, I noticed that I was getting work orders for sprinkler repairs that I could not fix because the parts were not available. I kept seeing that these work orders were generated over and over again with different numbers, making it look like a different work order each time. I kept telling my supervisor that this was not right and I wondered why we were not getting the parts. I also went to the Union and Sally Lanigan. Throughout this time, we continued to get fire violations. Based on the fact that there were outside contractors working side by side with us, I concluded that this was a ploy to make it appear as if I couldn't keep up with the work which would be used as a reason to bring in outside contractors. My constant complaints about the lack of parts and the duplication of work orders that were made to look like new began to anger my management and caused a great deal of animosity. It was later discovered, by an electrician, Jerry Anthony, that the materials that were supposed to be in inventory for us to repair the sprinklers had been dumped in South P Lot. Jerry was also complaining about the inability to complete work orders due to lack of parts. He took photos as evidence.

• On another occasion, I was escorting a contractor from Sanchez Construction who was estimating a job for a bid. When we were done he handed me an envelope and told me it was supposed to go to Ed Byrnes. He thought I was Bill Harned as he called me Bill when he handed me the envelope which was not sealed. I thought it was a form or something and when I looked inside I saw that it was cash. I fanned through it and counted at least $1,500 at which time I told him that he had the wrong person. When he saw that I had no idea what this was about, he reached back and took the envelope. I immediately reported this to Basil Wattley and Ed Byrnes.

• Shortly after this, I, along with my co-worker Richie Caravallo, were accused of stealing money from a Quad Director's apartment. When we presented our supervisors with evidence that proved we could not possibly have been there unescorted, the matter was dropped and we never heard anything about it again.

• In June 2011, I was assigned to work on a job in Dewey in the hallway outside Room 104 to change a riser up 3 floors. When I discovered asbestos covered pipes, I stopped working and reported it to my supervisor. The next morning, I was told that the asbestos had been abated and that I could resume the job. I thought the abatement team had removed it overnight, however, I later learned that the night crew was sent by Mike Sabia to remove the asbestos. These individuals were NOT certified for asbestos abatement. To make matters worse, a custodian, who was pregnant, had cleaned up after them before I arrived on the second day. I told John Soprano so that he could advise her accordingly and I don't know if he did or not. This blatant act of negligence and disregard for the safety of employees and students was noted but nothing was ever done about it. No one was notified of the likely asbestos exposure.

• On another occasion, Ed Byrnes, instructed the Lock Shop to change a secure lock to a supply room where over $150,000 worth of copper was being stored, to a regular maintenance core, which was common and for which many employees had the key. The next day, the copper went missing and I, along with my coworker, Richie Caravallo, were questioned about this.

• In the last year, Richie (don't know last name) who was an employee of Sanchez Construction, became a Facility Manager at SBU. His son, also Richie, is presently a Sanchez Construction employee who does plumbing work at SBU.

I am questioning why I am being moved instead of someone with less seniority. I am questioning why less senior plumbers were not transferred instead. I am questioning why a performance related matter is being addressed by transferring the employee instead of correcting the deficiencies.

I am certain that I have been targeted because I have reported the questionable behavior above, which represents only a fraction of all the questionable or inappropriate events I have observed or experienced.

I have been a committed and exemplary employee of Stony Brook University for over 20 years. I have never been reprimanded and I have excellent time and attendance. I take my job and my responsibility to the students seriously and am accountable for my actions. I am wondering when others will be held accountable for theirs and why I continue to be treated poorly to the point that I am being transferred.

I have tolerated about as much, if not more, than can be expected of any reasonable person. I am requesting a closer look at these issues, as well as this final act of retaliation and would like to see timely resolution and closure. I do not want to take this outside of the University, but I know that I can go to the National Labor Relations Board, to SUNY Central in Albany and to the Attorney General's Office if necessary.

I am respectfully asking for your assistance in this matter and if you weren't aware of all these questionable activities before, I hope they inspire the same concern in you that they do in me.

Thank you for your help and attention to this serious matter.

This e-mail message, including any attachments, is for the sole use of the intended recipient(s) and may contain confidential and privileged information. Any unauthorized review, use, disclosure or distribution is prohibited. If you are not the intended recipient, please contact the sender by e-mail and destroy all copies of the original.

G 2-15

# STATE - CSEA
## GRIEVANCE FORM

All grievances, decisions and appeals must be served personally or by registered or certified mail, return receipt requested.

Class Action

Sending to Step

TO BE COMPLETED BY GRIEVANT OR HIS REPRESENTATIVE     Title: Pres CSEA Local 44 SB

Name: Deb Nappi Gonzalez

Current Mailing Address: PO Box 566 E Setauket NY 11733

Department or Agency: Campus Res     Supervisor: John Spranno / Mike Jebis

Work Location: Campus     All other Articles

Bargaining Unit: ☐ Administration    ☒ Operational    ☐ Institutional   Subsection All that may apply

Grievance Type: ☒ Contract; specify Article 44, 50.1 50.5
or          ☐ Non-Contract  (May be appealed to Third Step only)

### Step 1

Date of Occurrence: 1-15-2015

Statement of facts: (use additional sheets if required) On 1-15-15 Campus Res Mangment Moved CSEA Workers out of senority order

Remedy sought: To go by the 2011-2016 Agreement Between CSEF & NYS Articles 44 & 50.1 - 50.5 on Senority

Date Submitted: 1-15-15     Aggrieved employee: Debra Nappi Gonzalez

CHECK TO MAKE SURE ALL REQUIRED INFORMATION HAS BEEN PROVIDED AND GIVE THIS FORM TO YOUR FACILITY OR INSTITUTION HEAD OR DESIGNEE.

### 1ST STEP DECISION

Date grievance received: _____

Determination Attached.

Date decision issued: Feb 24, 2015     Facility or Institutional Level Rep.

### STEP 2 - APPEAL

(To be submitted with a copy of the Step 1 decision to the agency head or his representative designated to receive such appeals within ten working days* of receipt of Step 1 decision was due, whichever is earlier.)

The decision a Step 1 of the grievance described above is unsatisfactory.     RECEIVED

Reason for disagreement with Step 1 decision: _____

JAN 13 2015

EMPLOYEE AND LABOR RELATIONS

Date submitted: _____     Aggrieved employee: _____

-over-

# ▮▮ Stony Brook University

**Department of Labor Relations**

EMAIL

February 24, 2015

Debra Nappi-Gonzalez
101 Nichols Road
Stony Brook, NY 11794

Re:    CSEA Class Action Contract Grievance
       Stony Brook #G2-15
       Submitted: January 15, 2015

Dear Ms. Nappi-Gonzalez:

A first-step hearing of your Class Action contract grievance alleging violation of Article 44, 50.1 and 50.5 of the Agreement between the Operational Services Unit of The Civil Service Employees Association, Inc. and the State of New York 2011-2016 was held in the Office of Labor Relations on February 10, 2015. Attending this hearing with you was Jimmy McPherson, CSEA Vice President. Thalia L. Anthony, Manager, Employee & Labor Relations, conducted the hearing.

## Statement
In your Statement of Facts you wrote, "on 1-15-15 Campus Res Management moved CSEA workers out of Seniority Order." Your remedy: "to go by the 2011 – 2016 Agreement between CSEA & NYS Articles 44, 50.1, 50.5 on Seniority".

At the hearing, you stated the Campus Resident Department was engaged in unethical practices as documented in an email dated January 14, 2015 from Colin Sealy. In the email Mr. Sealy alleges that he was moved on January 8, 2015 because he was told 'he was not cutting it here'. In addition, the email describes incidents that occurred during a period of up to six (6) years ago, such as that sometime in 2008 or 2009 that he allegedly reported duplicate work orders for sprinklers repairs which was a ploy to get outside contractors, that he was given an envelope by a contractor that contained cash which was supposed to be given to Ed Byrnes which he reported.

That sometime in 2011 while on a job he discovered a pipe covered in asbestos and the abatement team that removed the asbestos was not certified to remove asbestos, Mr. Sealy further reports sometime in 2011 that a door lock was changed to a supply room where copper was stored and the following day $150k in copper went missing and Mr. Sealy along with another coworker were questioned about the missing copper.

Lastly, Mr. Sealy in his email states he is being retaliated against because he reported the aforementioned "questionable behavior" to management's attention and less senior employee should have been transferred instead of Mr. Sealy.

## Response
In response to this grievance being received, and after a review of the contract clauses cited in this grievance Article §44, Definition of Seniority is defined as the "length of continuous service". Article §50.1 Work Location, Shift and Pass Day Assignments, states that "shift and pass day assignment shall not be made for the purpose of imposing discipline" and §50.5, "nothing contained in this Article shall prevent mutually agreed to local arrangements regarding the method by which shift, pass days, and/or work locations as appropriate are selected".

Pursuant to Article §50.2, with all things being equal, "assignment of employees to work locations and shifts shall be made on the basis of seniority...subject to the operating needs of a department...subject to an



identification of differences between employees with respect to relevant factors concerning the employee's ability to perform the required duties and responsibilities satisfactorily".

With that being said, Articles §44, §50.1 and §50.5 have not been violated. The transfer of employees to an alternate work location was not an imposition of discipline and management did not violate the agreed upon manner in which shift, pass days or work locations are selected.   The transfer of the employees to another work location was made based on other relevant factors and based on the operational needs of the department.

During the hearing an email from Colin Sealy dated January 14, 2015 was referenced. In regards to Mr. Sealy's email incidents between 2008 and prior to 2014 are beyond the time frame required in the Collective Bargaining Agreement. However, after consultation with the department, issues that were brought forth to the supervisor's attention during 2008 and prior to 2014 were investigated. The allegation in regards to the 2011 asbestos abatement team not being a certified team is incorrect in that Environmental Health and Safety has a record of the corrective action being taken by their certified abatement team. However, all of the other allegations that were identified from 2008 and prior to 2014 could not be substantiated or proven so are hereby denied.

## Decision
For all the reasons stated above, the grievance is denied in its entirety.

If you wish to appeal this first-step decision, you may do so by following the procedure established in accordance with the negotiated agreement to appeal this matter to the second step.

Sincerely,

Thalia L. Anthony
Employee Labor Relations Manager



Feb 25, 2015

Grievance # 2G15

I am grieving this step one decision of this class action Grievance due to the fact that the Department is undergoing a management change and the new manager is not making the areas equal. There are areas that are being set up to fail. This is against the contract of seniority being used for work locations as it always has in this area in the past.


Debra Nappi Gonzalez

Case 2:17-cv-01137-LDH-LB   Document 1   Filed 02/27/17   Page 32 of 47 PageID #: 32



## Mail

__Click here to enable__ desktop notifications for Stony Brook University Mail.   __Learn more__   __Hic__

More

rnpose

**Inbox (1)**

Starred

Important

Sent Mail

**Drafts (19)**

All Mail

**Spam (10)**

Trash

Follow up

gmail

Misc

Priority

More

# New Work Request Feedback Form submitted        Inbox   x

**campres_information_systems@stonybrook.edu** jessica.saley@stonybrook.edu via        Jul 7 (2 days ago)

to michael.sabia, me, robert.holliday, richard.j.adki., hung-yuan.lee, john.sparano, Henry.Joseph, maryann.lu

Work order feedback form submitted on 7/7/2015 22:11:48.
**Work Order:** 312159
**Location:** CHAPIN J 2140 BATHROOM 2
**Description:** I am Having Trouble With: Plumbing:Clog,leak,toilet/shower,flushometer,drain,water fountain,sink,sprir
Details: The tank of the toilet can't hold water. We turned the valve off to save water.
**Timeliness of completion:** Needs improvement
**Employee communication:** Needs improvement
**Quality of work performed:** Needs improvement
**Overall satisfaction:** Needs improvement
**Comments:** The worker came here and checked the tank, saying it needs replacing. He said he will come back 1 or 2
later to fix it. But it has been 3 weeks and nobody come here to have it fixed. The work request is closed as "complet
fact, it is NOT.
**First Name:** Ke
**Last name:** Ma
**Phone:** 6318006339
**Email:** ke.ma.1@stonybrook.edu


https://docs.google.com/a/stonybrook.edu/spreadsheet/ccc?key=0ArF-11sagS3sdDg3VE1PRThtMHVSM253a0
82MkU4ZUE&usp=sharing


Click here to Reply, Reply to all, or Forward

# SUNY at STONY BROOK — STATE

BI-WEEKLY ATTENDANCE & LEAVE ACCRUAL REPORT — CLASSIFIED SERVICE EMPLOYEES

EMPLOYEE'S NAME (LAST, FIRST, MIDDLE): SEELY, COLIN

SOCIAL SECURITY NO.: N0194355.4

TITLE / GRADE: T

CHECK SORT CODE: 8
BUDGET ACCT: 87-0920

**PERIOD BEGIN** 7/1/2015
**PERIOD END** 7/1/2015

| MONTH/DATE | DAY | HOURS WORKED IN | OUT | IN | OUT | OVERTIME IN | OUT | Total Hours Worked |
|---|---|---|---|---|---|---|---|---|
| 6/18 | THU | 8:00 | 12:00 | 12:30 | 4:30 | | | 8 |
| 6/19 | FRI | | | | 5:12 | | | 8 |
| 6/20 | SAT | | | | | | | |
| 6/21 | SUN | | | | | | | |
| 6/22 | MON | | | 5/12 | | | | |
| 6/23 | TUE | | | 4/12 | | | | |
| 6/24 | WED | | | 4/12 | | | | |
| 6/25 | THU | | | 4/12 | | | | |
| 6/26 | FRI | | | 4/12 | | | | |
| 6/27 | SAT | | | | | | | |
| 6/28 | SUN | | | | | | | |
| 6/29 | MON | | | 4/12 | | | | |
| 6/30 | TUE | | | P/12 | | | | |
| 7/1 | WED | | | P/12 | | | | |

**TOTALS** 8

## ACCRUAL SUMMARY OF LEAVE CREDITS

| PERIOD ENDING | Time Record Use Only | Annual Leave | Sick Leave | Personal Leave | Comp Time | Holiday Comp Time |
|---|---|---|---|---|---|---|
| 1 Bal brought forward | | 34.8 | 16 | 32 | | |
| 2 Time used (−) | | 4/2 | 16 | 16 | | |
| 3 Sub-total | | 30.8 | 13/2 | 16 | | |
| 4 Time earned (+) | | 6 | 4 | − | | |
| 5 New Balance | | 31/4 | 13/6 | 16 | | |

SUSB 128 R-6-F189 (8-08)  *For recording purposes Family Sick Leave is charged to Sick Leave, Employee Organization Leave is recorded for statistical purposes only.



NEW - Print Short WO Cards



*E3*

| | | | |
|---|---|---|---|
| **Work Order** | 316336 (SBU) CHAPIN J 2140 - MATERIAL NEEDED FOR JOB-TOILET TANK ISSUE | **Scheduled Start Date** | 07/10/2015 |
| **Status** | In Progress | **WO Type** | EMER |

| | | | |
|---|---|---|---|
| **Department** | CR   Campus Residences | **Class** | REPAIR |
| **Problem Code** | P19   Toilet Issue | **Priority** | 2 |
| **Project** | | **Assigned To** | |
| **Standard WO** | | **Assigned By** | DRYERSON |
| | | **Estimated Hours** | 1 |
| | | **Date Completed** | |

| | | |
|---|---|---|
| **Equipment** | CHAPIN J 2140 (SBU)  CHAPIN J (SBU)  CHAPIN (SBU) | CHAPIN J RM 2140  CHAPIN J  CHAPIN |
| **Location** | CHAPIN APTS (SBU) | CHAPIN APARTMENTS |

Equipment User Defined Fields

**RMS Rm #**                    Chapin-J-2140

Work Order Comments

**WHUGHES2 [07/10/2015 11:30]:**
MATERIAL FOR JOB RECEIVED TODAY 7/10/15

Work Order User Defined Fields

**SR Requestor Name**       COLIN SEALY
**SR Requestor E-mail**       NA

Activities

| Activity | Trade | Est. Hours | People Req. | Task | Description |
|---|---|---|---|---|---|
| 10 | PLUMB | 1 | 1 | | |



NEW - Print Short WO Cards



| | | | | | |
|---|---|---|---|---|---|
| **Work Order** | 312159 (SBU)   Plumbing:Clog,leak,toilet/shower,flushometer,drain,water fountain,sink,sprinkler | | | **Scheduled Start Date** | 06/12/2015 |
| **Status** | Closed | | | **WO Type** | RWU |

| | | | | |
|---|---|---|---|---|
| **Department** | CR   Campus Residences | | **Class** | REPAIR |
| **Problem Code** | P01   Water Leak | | **Priority** | 4 |
| **Project** | | | **Assigned To** | |
| **Standard WO** | CR-PLUMB   Plumbing Leak | | **Assigned By** | DRYERSON |
| | | | **Estimated Hours** | 1 |
| | | | **Date Completed** | 06/18/2015 |

| | | |
|---|---|---|
| **Equipment** | CHAPIN J 2140 BATHROOM 2 (SBU)  CHAPIN J (SBU)  CHAPIN (SBU) | CHAPIN J RM 2140 BATHROOM 2  CHAPIN J  CHAPIN |
| **Location** | CHAPIN APTS (SBU) | CHAPIN APARTMENTS |

Equipment User Defined Fields

**RMS Rm #**                    Chapin-J-2140

Work Order Comments

*WEBGUY [06/12/2015 15:22]:*
The tank of the toilet can't hold water. We turned the valve off to save water. Pls turn it on when you repair. Thx.

Work Order User Defined Fields

**SR Requestor Name**        Ke Ma
**SR Requestor E-mail**      Ke.Ma.1@stonybrook.edu
**SR Requestor Phone**       (631) 800-6339
**SR Building**              CHAPIN J
**SR Floor/Room**            2140 BATHROOM 2

Activities

| Activity | Trade | Est. Hours | People Req. | Task | Description |
|---|---|---|---|---|---|
| 10 | PLUMB | 1 | 1 | | |

July 22, 2015

Dear Mr. Farrantino,

As discussed at our meeting on July 15, attached please find a copy of the complaint I forwarded to several individuals in the Student Affairs division.

I was reluctant to share this because I have become distrustful.

Since then, I feel that much of what I have experienced is retaliation:
- Reassigned to Chapin after serving my 27 year career in West Campus
- Dedicated vehicle stayed with shop in Wagner when I got transferred
- Eliminated access to the West Campus plumbing supply room, which services most of the entire campus.
  - Causes delays and problems getting parts - still waiting on parts since January
- On two occasions in the last three months, I was approached with student complaints against me and on both occasions others had serviced the calls and earned the complaint.
- Lost documentation that recorded a meeting that took place with 10 people (noted in complaint) as if the meeting never happened, according to John Soprano.
- While I was on vacation, some hand tools were removed from the truck I use.

As you can see, between the original complaint and now, a lot of stuff has happened, and I don't believe its just coincidence.

I could have gone to the media, but I don't want to hurt Stony Brook on account of a few unlawful and unethical people and practices.  I have followed the rules throughout this process.

I've been at Stony Brook for 27 years.  I have made my living here and care for and respect the institution and the students, but I feel as if I'm a target and they are trying to get me on something or wear me down.

This is all very stressful, but I continue to report to work and do the best I can everyday, even through this nonsense.

I hope SBU uses its scarce resources more prudently and honestly for the students.

Sincerely,



Colin Sealy

COLIN



## Mail

Click here to enable desktop notifications for Stony Brook University Mail.   Learn more   Hid

More

### New Work Request Feedback Form submitted          Inbox   x

A2003

COMPOSE

**Inbox (2)**          campres_information_systems@stonybrook.edu                                    Aug 21 (3 d

Starred          Work order feedback form submitted on 8/21/2015 18:14:00. Work Order: 313298 …

Important

Sent Mail          campres_information_systems@stonybrook.edu   jessica.saley@stonybrook.edu       Aug 21 (3 days ago)

**Drafts (19)**          to michael.sabia, me, robert.holliday, richard.j.adki., hung-yuan.lee, john.sparano, Henry.Joseph, maryann.l

All Mail          Work order feedback form submitted on 8/21/2015 22:19:10.
          **Work Order:** 313638
**Spam (12)**          **Location:** Residence/ChapinA/Bathroom 2
          **Description:** Shower head needs to be replaced.
Trash          **Timeliness of completion:** Not Applicable
          **Employee communication:** Not Applicable
Follow up          **Quality of work performed:** Not Applicable
          **Overall satisfaction:** Not Applicable
gmail          **Comments:** It might have been checked but it is still the same. Water pressure is low. The shower head might be to
          little water goes throw it at little pressure. Or it might need to be cleaned inside.
Misc

Priority

More

          Click here to Reply, Reply to all, or Forward

Using 0.16 GB                                    Program Policies                              Last account activity
                                             Powered by

Ⓗ

## Stony Brook University

### COUNSELING MEMORANDUM

TO: Colin Sealy          DATE: 1/14/16

FROM: Lisa Sells          RE: Breakroom

This is to summarize our conversation on 1/14/16

We discussed What is a responsible time to Leave the Breakroom in at the start of the day.

You stated If I don't have work to do that you will not notify me. You stated that you didn't have any work orders to do. You stated that you've worked here for 20 some years & you've never been written up & so be it.

You were informed You must start your work day by 8:00 AM Daily. Break times are 10:15 to 10:30 AM 12:00 to 12:30   2:30 to 3:30 PM

In conclusion I informed you that you should let me know if you don't have work. OR if theres a problem that is preventing you from working

*Counseling is intended to be a constructive process to assist you to identify, discuss and remedy aspects of your job performance or conduct that need improvement. As noted above, these aspects have been discussed with you and require your immediate attention.*
*Failure to correct your performance may lead to further administrative action including discipline.*

**If applicable:**  [ ]  I have informed the employee of the Family Medical Leave Act (FMLA)
[ ]  I have informed the employee of Employee Assistance Program (EAP)

Refuse to Sign
Signature of Employee / Date

_____ 1/15/16
Signature of Supervisor / Date

*The employee's signature is to acknowledge receipt of this counseling memo and does not necessarily signify the employee's agreement with its content.*

Original to:    Employee
Copies to:      Employee's Official Personnel File in Human Resources
Immediate Supervisor – Department Head

Labor Relations: Counseling Memo 5 (4/03)



Reply all |        Delete      Junk |

# (No subject)

CS    Colin sealy <csealy000@gmail.com>                    Reply all |

To: ☐ Debra.Nappi@stonybrook.edu;                         Thu 1/21/2016 3:38 PM

I am contacting you because I believe that the department of campus residents is steadfast on sabotaging my career at storybook university.this department is being capricious blackballing me with my fellow employees because of my past grievance and other issues.  which i feel I'm being circumvented in an effort block any investigations of  my claims.at this point i will come and file a second grievance for another incident that cannot be justified by this department.and after that my intention will be to  contact a higher authority.



Helmuth Rich <helmuth.rich@stonybrook.edu>

---

# New Work Request Feedback Form submitted
2 messages

---

**campres_information_systems@stonybrook.edu** <jessica.saley@stonybrook.edu>     Fri, Apr 1, 2016 at 1:40 PM
To: michael.sabia@stonybrook.edu, helmuth.rich@stonybrook.edu, robert.holliday@stonybrook.edu,
richard.j.adkins@stonybrook.edu, hung-yuan.lee@stonybrook.edu, john.sparano@stonybrook.edu,
Henry.Joseph@stonybrook.edu, maryann.luciano@stonybrook.edu, jessica.saley@stonybrook.edu,
walter.sysak@stonybrook.edu, ronald.danler@stonybrook.edu, todd.trainor@stonybrook.edu,
emily.brodie@stonybrook.edu

Work order feedback form submitted on 4/1/2016 13:40:29.
**Work Order:** 367557
**Location:** Chapin APT D-1059
**Description:** It is not fixed. I don't know why I get work completion e-mail. Now there is some leakage from water tap of sink.
**Timeliness of completion:** Not Applicable
**Employee communication:** Not Applicable
**Quality of work performed:** Not Applicable
**Overall satisfaction:** Not Applicable
**Comments:**
**First Name:** Dongju
**Last name:** Ok
**Phone:** 6315795411
**Email:** dongju.ok@stonybrook.edu


https://docs.google.com/a/stonybrook.edu/spreadsheet/ccc?key=0ArF-11sagS3sdDg3VE1PRThtMHVSM253a0
82MkU4ZUE&usp=sharing

**Facility Manager of this area must reply back to Residential Maintenance
(residential_maintenance@stonybrook.edu) with the following information:**

REASON W/O WAS CLOSED OUT BUT NOT COMPLETED:

_____

_____

_____


ACTION TAKEN:
[✓] New work order completed. New work order num: _369071_
[ ] Student was called/emailed
[ ] No action required

---

**MaryAnn Luciano** <maryann.luciano@stonybrook.edu>                    Fri, Apr 1, 2016 at 2:14 PM
To: Helmuth Rich <helmuth.rich@stonybrook.edu>

Helmuth, please provide reason this was closed out without being done and also need to know when it is completed. Thx.
[Quoted text hidden]
—
Maryann Luciano

---

Glen Castro to Helmuth Rich
on 4/5/16

J2

Work Request Feedback Form, Chapin W/O 367557

Ref: Leaky sink not fixed

I discussed this at some length with Colin today. We're pretty sure it was a day he left early, I checked out the call and found nothing leaking in either the kitchen or the bathroom, so I marked it as complete.

After getting the Feedback Form, I checked it yesterday afternoon (4/4) and the kitchen sink was leaking.

Colin went back this morning and found it wasn't leaking and was obviously confused. This time the resident was there and he was able to question him about it. Apparently the resident has been turning the hot water supply below the sink off and on (he told Colin this himself). It was off when Colin got there today, as it must have been the first day I checked it. I only ran the cold water and never notice the other side.

I generated a new work order, W/O 369071. Colin replaced the valve stem and the job is done.

Colin A. Sealy
381 Grand Blvd.
Brentwood, NY 11717

August 19, 2016
RECEIVED

AUG 2 2 2016

Hempstead Regional Office

Mr. Froebel Chungata
NYS Division of Human Rights
175 Fulton Avenue, Suite 404
Hempstead, NY 11550

Re: Case No. 10181068

Dear Mr. Chungata:

Herein please find my rebuttal to Stony Brook's response; outlined by each numbered item in their response.

I understand that Stony Brook will not admit to any of the claims, but I hope they don't ignore the signs that something has been very wrong for a really long time.

I.B.:    I spoke with a representative from the ODAA office, Antonio Farrantino and he did not inspire confidence or sincerity in his response to my complaint, although he did follow up with information that led me to this office.   His notes in Respondent's Exhibit 8 are accurate.

The University's commitment to diversity is not in question here.  The contrary practices that prevail tell another story.

I.C.:    I have filed a grievance, and its handling is the subject of one of the long list of actions and unresolved issues cited in the complaint.

II.A.:    I have followed protocol and procedures and met all the deadlines to which I was made aware.  Many of the matters I have cited remain unresolved such as the grievance for which the Step II decision is pending the outcome of this EEOC complaint.  Is that even feasible?

II.B.:    An investigation of this complaint will disclose the pattern of systemic and overt discrimination and retaliation.  The most current incident occurred within the timeframe and is tied to the outcomes of other proceedings that are pending outcome of this complaint.  What a cluster mess.

As to the foundation or substance of my complaint, I can only state that I didn't expect them to find in my favor, and I want them to know what is going on. Now they do.

Since the filing of my complaint, additional incidents of retaliation and mistreatment have occurred. I am still being skipped on the OT rotational roster, when I know others are being given OT. I am the most senior plumber steamfitter in the department and I am assigned the most undesirable assignments with the least dependable resources or tools. I have been the subject of baseless disciplines that where immediately subjected to rescission, for being so egregious.

III.A.: I am an employee in good standing at Stony Brook University for twenty-four (24) years. I have always received positive evaluations and have never been the subject of a complaint or discipline. In 24 years!

III.B.: Stony Brook has denied everything they could not prove, but if they had proved it, would they admit it? The Feb 2015 Step I decision states "all things being equal", but all things were not equal. I was stripped of the keys and was denied access to a parts/tool room that was critical to the daily execution of my duties. If I want something from that room I must seek out others (usually less senior staff) to get it for me.

As to the time-barred complaints, I can only state that those were not isolated incidents and their progression has occurred over period of more than 6 years. It's just one thing after another. I feel like I have a target on my back.

Yes, the ESH Department had a record of the certified asbestos abatement team responding to that call, but not before a pregnant custodian vacuumed it up with the same vacuum cleaner she used to clean several student areas, including dormitory rooms, that day and after putting the larger pieces of broken-off asbestos in a dumpster. The incident happened on 2/17/11. The ESH team performed a minor removal on 2/19/11. For two days, this matter was unattended to and exposed. Another communication in Respondent's Exhibit 6 states the removal took place on 3/19/11, but I'm going to give the benefit of the doubt and surmise this is a typo.

As to the complaint of discrimination, I am baffled that the very office that is charge with ensuring a diverse workplace felt that this was nonjurisdictional, and referred it back to the union who had already mishandled the matter. I'm also surprised that in July 2015, the ODAA did not know that this matter had already been referred to a Step II following the February Step I decision.

As to the additional issues that were raised at the Step II hearing in March 2016, I have reviewed the communication provided to "explain". What is omitted is the fact that I do not have a plumbing van. And, at the time, there was no tool/equipment room on the East side of Nicolls Road in Chapin Complex, except for sparsely

2

stocked shed that will not outfit most routine repairs, warranting me to go across Nicolls Road to the either the Wagner Quad or in Central Receiving/Warehouse.

III.C.: Discrimination is rarely ever so black and white; no pun intended. It seeps into the way people speak or act toward specific individuals. I have observed the behaviors of those against whom I have complained for many years. I see how they interact with members of different races and just because the others don't complain, doesn't mean it isn't so. In the early days of this complaint, when I was speaking to John Soprano about the contractors during our work, he told me that my work was not rocket science. "You can teach a monkey could do your job", he said. Another employee witnessed this.

The respondent's documentation has two "III", so I will continue with their numbering, even though I think it's an error.

III.A.: The Respondent is placing a great deal of confidence on the burden of temporal proximity, but they are ignoring the progressive and persistent practices and the pattern they form. And, to date has not corrected or improved a long history of poor or ethically questionable performance of those named in the complaint. Given the speed of bureaucracy at Stony Brook, it would likely be difficult to establish temporal nexus with any complaint.

Additionally, the certified asbestos team did the abatement - 2 days after the exposure to those who were there when it happened and cleaned it up, as stated above. By reporting this incident, adverse employment actions were taken against me and/or my seniority was disregarded in decisions related to my assignment, OT opportunity, access to tools, assigned an unsafe vehicle, etc.

III.B.
- To expect the Motor Pool Department to have any knowledge of a 5 year old totally unrelated asbestos issue is just plain silly and unreasonable.
  - The Motor Pool had previously told the department, on more than one occasion, that the vehicle was unfit for duty and should be decommissioned, yet it was still assigned to me – each time to get back at me for bringing these issues to the surface.
  - I have never stated that the Motor Pool retaliated against me. I have stated that members of the campus residences maintenance operations management/supervisory team have retaliated against me; not the Motor Pool.
  - Respondent's Exhibit 6 shows a form stating that the abatement was done on 2/19; two days after the unattended to exposure which occurred on 2/17. (Attached)
  - Over the course of 5 years I have identified numerous instances of activity/treatment that has affected me adversely. One just goes right into the other, it seems. I have a target on my back.

3

- Denial of OT as retaliation for complaining about unsafe work conditions and unfair labor practices, including erosion of the bargaining unit.
- I was reprimanded for something that occurred while I was on vacation. Immediately following, the supervisor came to collect the original discipline she had dispensed as if to make like it never happened. I refused to give it back to her.
- I was disciplined.
- There is rarely ever a record of being spoken to in a condescending manner and being assumed guilty or at fault and never given the benefit of the doubt, support, or recognition.

III.C.

Seldom would one expect to find evidence of discrimination without looking. Many detailed instances have been cited to support my claims. That my claims shine an unkind light on SBU is one good reason not to look into them.

I have provided specific, legitimate examples to support my claims. My employer is choosing to isolate each incident so as to diminish the impact that all of this has occurred over the course of 6 years. In so doing, my seniority has been disregarded and I am being skipped on the OT call list; this is an adverse activity that still exists today. Is it just a coincidence that I am the only one? Are there others?

III.B?

I understand the concept of using business necessity as the rational for my assignments, although I know they assigned to me to a remote location to keep me far because I raise issues around safety, poor working conditions or lack of resources and tools, but is it also business necessity to skip me on the OT rotation list, and to issue totally unfounded disciplines?

I have attempted to address the respondent's misinformation, although it was a little confusing as there were two "III." (p.3 and p.5) and two "B." (p.6 and p.9). I am certain that my claims have merit and that this pattern of treatment will be found to be discriminatory and retaliatory and I ask the EEOC to investigate further.

Respectfully,


Colin A. Sealy


*See Attachments A-J2*

Attachments:
Asbestos Accident Report, April 2011
3 work orders that were closed out without being completed
Contract Grievance – Step 1, Feb 2015
Counseling Memorandum, Jan 2016

Most recent act of discrimination
After Form were fillout.

4/7/16

Pass over for OT

4/8/2016                    Stony Brook University Mail - [residential_operations] Maintenance Log

| | | | |
|---|---|---|---|
| 4/7/16 07:18 PM<br><br>Update Time:<br>4/8/16 08:31 AM<br><br>Author:<br>Jeffrey Moss | Kelly - Hamilton<br>Hamilton elevator<br><br>Report Type:<br>Maintenance Log<br><br>Incident Type:<br>Maintenance | that Hamilton elevator was not working. No students inside elevator. RHD posted out of service signs on all floors. DFM Moss called Schindler and requested first service call available on Friday 4/8/16. Schindler reference# 52360289 | CR to follow up and confirm with Schindler Friday morning<br><br>Work Order #<br>369939 |
| Call Time:<br>4/7/16 10:07 PM<br><br>Update Time:<br>4/8/16 08:29 AM<br><br>Author:<br>Jeffrey Moss | Location:<br>Chapin C<br>Chapin C1044(<br><br>Report Type:<br>Maintenance Log<br><br>Incident Type:<br>Maintenance | Night Supervisor informed DFM Moss that a plumber is needed to clear clog in Chapin C1044 | Resolved: Yes<br><br>CR Plumber Brinkman called in<br><br>Work Order #<br>369940 |
| [Quoted text hidden]<br>4/8/16 08:32 AM<br><br>Author:<br>Megan Johnson | Location:<br>ERQ - Wagner<br>156<br><br>Report Type:<br>Maintenance Log<br><br>Incident Type: | Wagner RA on duty called RHD on duty (Meg Johnson) to notify that room 156 in wagner had no heat. the thermometer read 66 degrees. resident belongings were not blocking the heating unit. the heater was cold to the touch and the windows were closed. RHD called in night crew. | Resolved: Yes<br><br>Night crew said they would try to get to it.<br><br>Work Order #<br>369945 |
| Call Time:<br>4/7/16 07:17 PM<br><br>Update Time:<br>4/8/16 08:27 AM<br><br>Author:<br>Megan Johnson | Location:<br>Kelly - Hamilton<br>Elevator<br><br>Report Type:<br>Maintenance Log<br><br>Incident Type: | RA on duty called RHD on duty (Meg Johnson) to notify that the elevator was stuck on the first floor with the door open. RHD Johnson called night crew. | Resolved: Yes<br><br>Night crew followed up with RHD Johnson to notify her that the elevator people would be there tonight.<br><br>Work Order #<br>369939 |
| Call Time:<br>4/7/16 11:50 PM<br><br>Update Time:<br>4/8/16 08:27 AM<br><br>Author:<br>Kristin Marsicovetere | Location:<br>West I<br>101bedrooms B and C<br><br>Report Type:<br>Maintenance Log<br><br>Incident Type:<br>Maintenance | Power is out in both bedrooms. | Resolved: Yes<br><br>ALC Marsicovetere spoke with NC Bob Maxwell at 11:57 pm. Maxwell stated that the night crew had left for the night. Marsicovetere called RA Zhuang asking her to notify the residents letting them know the issue will be taken care of in the morning.<br><br>Work Order #<br>369934 |
| Call Time:<br>4/8/16 12:45 AM<br><br>Update Time:<br>4/8/16 08:08 AM<br><br>Author:<br>Peter Tran | Location:<br>Tabler - Douglass<br>121<br><br>Report Type:<br>Maintenance Log<br><br>Incident Type:<br>Maintenance, Custodial | RA on duty Dano called RHD on duty Peter about an overflowed toilet in suite 121. RHD Peter contacted night crew and was advised to put in a work order and refer suite to use lobby restroom. | Resolved: Yes<br><br>Maintenance will address in the morning.<br><br>Work Order #<br>369932 |

2 attachments

📎 **Daily Digest Log.pdf**
   51K

📎 **searchresults.pdf**
   515K