UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
----------------------------------------------------------------X
COLIN SEALY,

                                                                                      JUDGMENT
                                                                                      17-CV-01137 (LDH) (LB)

                          Plaintiff,

     v.

STATE UNIVERSITY OF NEW YORK AT
STONY BROOK,

                          Defendant.
----------------------------------------------------------------X

       A Memorandum and Order of the Honorable LaShann DeArcy Hall, United States District Judge, having been filed on September 30, 2019, granting Defendant's motion to dismiss; dismissing Plaintiff's claims for retaliation and hostile work environment under Title VII and the NYSHRL with prejudice; and dismissing Plaintiff's claim for racial discrimination in violation of 42 U.S.C. § 1981 without prejudice; it is

       ORDERED and ADJUDGED that Defendant's motion to dismiss is granted; that Plaintiff's claims for retaliation and hostile work environment under Title VII and the NYSHRL are dismissed with prejudice; and that Plaintiff's claim for racial discrimination in violation of 42 U.S.C. § 1981 is dismissed without prejudice.

Dated: Brooklyn, New York                                         Douglas C. Palmer
       September 30, 2019                                              Clerk of Court

                                                                           by:    */s/ Jalitza Poveda*
                                                                                    Deputy Clerk